**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ANTHONY ANTWON LEWIS,                                                                                    PLAINTIFF

v.                                      3:11-cv-00181-JMM-JJV

TERESA BONNER, Chief Jailer,
Crittenden County Detention Facility; *et al.*                                                    DEFENDANTS

## **ORDER**

1. Service is appropriate for Defendant Sprague.

2. The Clerk of the Court shall prepare a Summons for Defendant Sprague.

3. The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summons on Defendant without prepayment of fees and costs or security therefore.

SO ORDERED this 13th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE