IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANTHONY ANTWON LEWIS**
**#151310,**                                                                                      **PLAINTIFF**

v.                              3:11-cv-00181-JMM-JJV

**TERESA BONNER, Chief Jailer,**
**Crittenden County Detention Facility;** *et al.*                    **DEFENDANTS**

### ORDER

On June 25 and June 28, 2012, documents mailed to Plaintiff at the address provided by the Plaintiff were returned as undeliverable as addressed. The Court has, through its own research, obtained a current address for Plaintiff. Therefore, the Clerk of the Court is directed to mail a copy of Magistrate Judge Joe J. Volpe's June 13, 2012 Proposed Findings and Recommendations (#9) and the Court's June 13, 2012 Order (#8) finding service appropriate for Defendant Sprague to Plaintiff at his new address which is Arkansas Department of Correction, Tucker Unit, P.O. Box 240, Tucker, Arkansas 72168-0240.

Plaintiff is given up to, and including July 16, 2012, to file his objections to the pending Proposed Findings and Recommendations.

Plaintiff is reminded of Local Rule #5.5(c)(2) which states Rule 5.5(c)(2), which states:

> Parties appearing pro se. It is the duty of any party not represented by counsel <u>to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address</u>, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be

    dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED THIS __29__ day of __June__, 2012.

 

_____
James M. Moody
United States District Judge