**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ANTHONY ANTWON LEWIS,                                                                               PLAINTIFF

v.                         3:11-cv-00181-JMM-JJV

TERESA BONNER, Chief Jailer,
Crittenden County Detention Facility; *et al.*                                     DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's objections. After carefully considering the objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Bonner, Coleman, Gamble, and Mobley are DISMISSED for Plaintiff's failure to state a claim on which relief may be granted.

DATED this 17 th day of July , 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE