**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ANTHONY ANTWON LEWIS,                                                                          PLAINTIFF

v.                             3:11-cv-00181-JMM-JJV

TERESA BONNER, Chief Jailer,
Crittenden County Detention Facility; *et al.*                           DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Compel (Doc. No. 21). During the course of discovery, Defendants requested that Plaintiff sign and produce a Medical Authorization to permit Defendants to obtain copies of medical records in accordance with HIPAA. Plaintiff has refused to comply with Defendants' request.

After careful review, the Court finds that Plaintiff's medical records are relevant and necessary. Defendants' Motion to Compel (Doc. 21) is hereby GRANTED. Plaintiff is ordered to sign and produce a Medical Authorization within ten days of the date of this Order. Failure to comply with this Order may result in the dismissal of his claims against the Defendants.

IT IS SO ORDERED this <u>28th</u> day of August, 2012.

                                                                JOE J. VOLPE
                                                                UNITED STATES MAGISTRATE JUDGE