IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY ANTWON LEWIS,     *
ADC# 151310     *
         Plaintiff,     *
v.     *
    *    No. 3:11-cv-00181-JMM-JJV
TERESA BONNER, Chief Jailer, Crittenden     *
County Detention Facility; *et al.,*     *
    *
         Defendants.     *

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.   The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

**DISPOSITION**

**I.   BACKGROUND**

Plaintiff, Anthony Lewis, while a pretrial detainee in the Crittenden County Detention Facility filed a pro se Complaint (Doc. No. 2), pursuant to 42 U.S.C. § 1983, alleging the Defendants failed to protect him from an attack by another inmate. On August 28, 2012, this Court granted Defendant Sprague's Motion to Compel (Doc. No. 21) and directed Plaintiff to provide a signed medical authorization within ten days. (Doc. No. 23.) Plaintiff was cautioned that failure to provide the release could result in dismissal of his Complaint. *Id.* On September 5, 2012, the Court received notice that the Order had been returned as undeliverable. (Doc. No. 24).

Defendant now moves for dismissal. (Doc. Nos. 26 & 28.) In addition to having no contact with Plaintiff since June 6, 2012, mail has been returned and Plaintiff appears to be no longer in custody. (Doc. No. 28 at 1.)

**II.   ANALYSIS**

Plaintiff's Complaint should be dismissed for his failure to provide the medical authorization pursuant to the Court's August 28, 2012, Order. Additionally, it is Plaintiff's responsibility to

promptly notify the Clerk of his current address and to prosecute the action diligently. Without a current address, it is impossible for the Court to communicate with Plaintiff. As of today's date, Plaintiff has not submitted a change of address and his whereabouts are unknown. The Court thus finds that this cause of action should be DISMISSED without prejudice.

### III.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. Defendant's first and Second Motions to Dismiss (Doc. Nos. 26, 28) should be GRANTED and this cause of action (Doc. No. 2) should be DISMISSED without prejudice.

2. The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 29th day of October, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE