**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| ANTHONY ANTWON LEWIS, <br> ADC# 151310 <br>    Plaintiff, <br> v. <br> <br> TERESA BONNER, Chief Jailer, Crittenden <br> County Detention Facility; *et al.,* <br> <br>    Defendants. | * <br> * <br> * <br> * <br> *   No. 3:11-cv-00181-JMM-JJV <br> * <br> * <br> * <br> * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant's first and Second Motions to Dismiss (Doc. Nos. 26, 28) are GRANTED.

2. This cause of action is DISMISSED without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 14th day of November, 2012.

               _____
               JAMES M. MOODY
               UNITED STATES DISTRICT JUDGE