## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| ANTHONY ANTWON LEWIS,    ADC# 151310      Plaintiff, <br> v. <br><br> TERESA BONNER, Chief Jailer, Crittenden County Detention Facility; *et al.*,      Defendants. | No. 3:11-cv-00181-JMM-JJV |

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 14th day of November, 2012.

*/s/ James M. Moody*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE