**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANTHONY ANTWON LEWIS,                         *
ADC# 151310                                   *
               Plaintiff,           *
                     *
v.                                            *
                     *      No. 3:11-cv-00181-JMM-JJV
TERESA BONNER, Chief Jailer, Crittenden       *
County Detention Facility; *et al.,*          *
                     *
             Defendants.          *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.  The Court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order would not be taken in good faith.

DATED this 14th day of November, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE